Bradley T. Austin, Esq.
Nevada Bar No. 13064
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: baustin@swlaw.com

*Attorneys for Defendant Equifax Information Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN COLLETTA,<br><br>       Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and WELLS FARGO HOME MORTGAGE<br><br>       Defendant. | **Case No. 2:18-cv-00488-KJD-GWF**<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER**<br><br>**(FIRST REQUEST)** |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from April 11, 2018 through and including **May 11, 2018**. The additional time to respond to the Complaint will

///

///

///

///

///

///

facilitate settlement discussions between Plaintiff and Equifax. This stipulation is filed in good faith and not intended to cause delay.

| | |
|---|---|
| Dated: April 10, 2018 | Dated: April 10, 2018 |
| KNEPPER & CLARK, LLC | SNELL & WILMER LLP |
| By: */s/ Miles N. Clark*<br>Miles N. Clark<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Phone: (702) 825-6060<br>FAX: (702) 447-8048<br>Email: miles.clark@knepperclark.com<br>matthew.knepper@knepperclark.com<br>*Attorneys for Plaintiff Dawn Colletta* | By: */s/ Bradley T. Austin*<br>Bradley T. Austin<br>Nevada Bar No. 13064<br>3883 Howard Hughes Pkwy<br>Suite 1100<br>Las Vegas, NV 89169<br>Tel: 702-784-5200<br>Fax: 702-784-5252<br>Email: baustin@swlaw.com<br>*Attorneys for Defendant Equifax Information Services LLC* |

**ORDER**

IT IS SO ORDERED.

DATED: 4/11/2018

_____
UNITED STATES MAGISTRATE JUDGE