Kelly H. Dove, Esq.
Nevada Bar No. 10569
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, Nevada 89169
Phone: (702) 784-5200
Facsimile: (702) 784-5252
Email: kdove@swlaw.com
        kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank,
N.A., erroneously named as Wells Fargo
Home Mortgage, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN COLLETTA, | Case No.: 2:18-cv-00488-KJD-GWF |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE RESPONSE TO COMPLAINT** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and WELLS FARGO HOME MORTGAGE, LLC, | **SECOND REQUEST** |
| Defendants. | |

Plaintiff Dawn Colletta ("Plaintiff"), and Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, LLC ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their attorneys, hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint, as follows:

WHEREAS, Plaintiff filed the Complaint on March 16, 2018;

WHEREAS, Wells Fargo needs additional time to procure information to respond to the Complaint;

WHEREAS, Wells Fargo requested, and Plaintiff agreed, to extend Wells Fargo's time to

respond to Plaintiff's Complaint;

WHEREAS, this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1. Wells Fargo shall respond to Plaintiff's Complaint on or before May 15, 2018.

**IT IS SO STIPULATED.**

Date: April 30, 2018.

By: /s/ *Karl O. Riley*
Karl O. Riley, Esq.
**SNELL & WILMER L.L.P.**
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169
Phone: (702) 784-5200

*Attorneys for Defendant Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, LLC*

Date: April 30, 2018.

By: */s/ Miles N. Clark*
Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
**KNEPPER & CLARK LLC**
10040 W. Cheyenne Ave., Ste. 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060

David H. Krieger, Esq.
**HAINES & KRIEGER, LLC**
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123
Phone: (702 880-5554

*Attorneys for Plaintiff Dawn Colletta*

| | |
|---|---|
| Date: April 30, 2018. | Date: April 30, 2018. |
| By: /s/ *Bradley T. Austin* <br> Bradley T. Austin, Esq. <br> **SNELL & WILMER L.L.P.** <br> 3883 Howard Hughes Pkwy., Ste. 1100 <br> Las Vegas, NV 89169 <br> Phone: (702) 784-5200 <br><br> *Attorneys for Defendant* <br> *Equifax Information Services, LLC* | By: /s/ *Andrew J. Sharples* <br> Jennifer L. Braster, Esq. <br> Andrew J. Sharples, Esq. <br> **NAYLOR & BRASTER** <br> 1050 Indigo Dr., Ste. 200 <br> Las Vegas, NV 89145 <br> Phone: (702) 420-7000 <br><br> *Attorneys for Defendant* <br> *Experian Information Solutions, Inc.* |

## **ORDER**

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before May 15, 2018.

**IT IS SO ORDERED.**

DATED: May 1, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

4850-6229-9748.2

- 3 -