Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DAWN COLLETTA, <br><br> Plaintiff, <br><br> vs. <br><br> EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and WELLS FARGO HOME MORTGAGE, LLC, <br><br> Defendants. | Case No.: 2:18-cv-00488-KJD-GWF <br><br><br> **STIPULATION OF DISMISSAL OF WELLS FARGO BANK, N.A., ERRONEOUSLY NAMED AS WELLS FARGO HOME MORTGAGE, LLC WITH PREJUDICE** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Wells Fargo Bank, N.A., erroneously

Stipulation of Dismissal of Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, LLC With Prejudice - 1

named as Wells Fargo Home Mortgage, LLC With Prejudice, from the above captioned action, with prejudice. Each party will bear their own fees and costs.

IT IS SO STIPULATED.
Dated this 9th day of July, 2018.

| **KNEPPER & CLARK LLC** | **SNELL & WILMER LLP** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Karl O. Riley* |
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyanne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>matthew.knepper@knepperclark.com<br>miles.clark@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>dkrieger@hainesandkrieger.com<br>*Counsel for Plaintiff* | Kelly H. Dove, Esq.<br>Nevada Bar No. 10569<br>Karl O. Riley, Esq.<br>Nevada Bar No. 12077<br>3883 Howard Hughes Pkwy., Suite<br>Las Vegas, NV 89169<br>Email: kdove@swlaw.com<br>Email: kriley@swlaw.com<br><br>*Counsel for Defendant*<br>*Wells Fargo Bank, N.A., erroneously named as*<br>*Wells Fargo Home Mortgage, LLC* |
| **NAYLOR & BRASTER** | **SNELL & WILMER LLP** |
| /s/ *Andrew J. Sharples* | /s/ *Bradley T. Austin* |
| Jennifer L. Braster, Esq.<br>Nevada Bar No. 9982<br>Andrew J. Sharples, Esq.<br>Nevada Bar No. 12866<br>1050 Indigo Drive, Suite 200<br>Las Vegas, NV 89145<br>Email: jbraster@nblawnv.com<br>Email: asharples@nblawnv.com<br><br>Katherine A. Neben, Esq.<br>Nevada Bar No. 14590<br>JONES DAY<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Email: kneben@jonesday.com<br>*Counsel for Defendant*<br>*Experian Information Solutions, Inc.* | Bradley T. Austin, Esq.<br>Nevada Bar No. 13064<br>3883 Howard Hughes Pkwy., Ste. 1100<br>Las Vegas, NV 89169<br>Email: baustin@swlaw.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services, LLC* |

Stipulation of Dismissal of Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, LLC With Prejudice - 2

/ / /

*Colletta v. Equifax Information Services, LLC et al*
Case No. 2:18-cv-00488-KJD-GWF

## **ORDER GRANTING**

## **DISMISSAL OF WELLS FARGO BANK, N.A., ERRONEOUSLY NAMED AS WELLS FARGO HOME MORTGAGE, LLC WITH PREJUDICE**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  20th day of  July       2018.

Stipulation of Dismissal of Wells Fargo Bank, N.A., erroneously named as Wells Fargo Home Mortgage, LLC With Prejudice - 3